COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:　　　Ricardo　Pruneda v. Karina　Granados

Appellate case number:　　01-20-00043-CV

Trial court case number:　2019-83155

Trial court:　　　　　　　　280th District Court of Harris County

Appellant, Ricardo Pruneda, asks this Court to stay his appeal for sixty days to allow the trial court to consider his motion for new trial.

The trial court issued a final order on December 16, 2019. Appellant filed his notice of appeal on December 17, 2019. Appellant asserts that after the trial court's judgment, Children's Protective Services issued a report that constitutes "new evidence" that should be considered in his motion for new trial, which he filed on January 15, 2020. Appellant asserts in his motion "the trial court cannot consider the motion for new trial so long as the court of appeals is considering the appeal."

Texas Rule of Civil Procedure 329b(e) states, "If a motion for new trial is timely filed by any party, the trial court, *regardless of whether an appeal has been perfected*, has plenary power to grant a new trial or to vacate, modify, correct, or reform the judgment until thirty days after all such timely-filed motions are overruled, either by a written and signed order or by operation of law, whichever occurs first." (Emphasis added). If the trial court does not rule on appellant's motion for new trial within seventy-five days after the judgment was signed, the motion for new trial will be overruled by operation of law. TEX. R. CIV. P. 329b(c). In this case, appellant's motion for new trial will be overruled as a matter of law if the trial court does not rule on it on or before February 29, 2020, and the trial court's plenary power to grant a new trial or vacate, modify, correct, or reform its final judgment will expire March 30, 2020.

The record in this appeal is not due until April 14, 2020. Appellant's brief will be due thirty days after the later of the date the clerk's record or reporter's record, if any, is filed. TEX. R. APP. P. 38.6(a). Accordingly, appellant's motion to stay the appeal is **denied**.

It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                              Acting individually

Date:  January 28, 2020